ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
CORY M. PICTON
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: cory.picton@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

2017 MAY 31 P 3:55

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Timothy Wade Demery,

    Defendant.

CR 17-850 TUC RCC(BPV)

I N D I C T M E N T

Violation:

18 U.S.C. § 39A
(Aiming a Laser Pointer at an Aircraft)

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about April 10, 2017, at or near Marana, in the District of Arizona, defendant TIMOTHY WADE DEMERY, knowingly aimed the beam of a laser pointer at an aircraft, namely, Survey 2, a 1999 Cessna C-T206H single engine fixed wing plane, tail number N700AZ, operated by the Pima County Sheriff's Department, and at the flight path of said aircraft, in the special aircraft jurisdiction of the United States, in violation of Title 18, United States Code, Section 39A.

//
//
//
//
//

A TRUE BILL

/s/

Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney

Dated: May 31, 2017

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Timothy Wade Demery*
*Indictment Page 2 of 2*